IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT G. ALAMO, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | No. 12-cv-04327 |
| | ) | |
| THE CITY OF CHICAGO | ) | Judge Sharon Johnson Coleman |
| and CHARLIE BLISS, in his | ) | Magistrate Judge Sidney I. Schenkier |
| individual capacity, | ) | |
| | ) | |
| *Defendants.* | ) | |

## THE PARTIES' JOINT DISCOVERY STATUS REPORT

Plaintiff and defendants, pursuant to the Court's order regarding the status of discovery, submit their joint status report outlining which depositions have been completed, which depositions are scheduled to be taken, which unscheduled depositions remain to be taken, and what other outstanding discovery issues exist. Their responses are as follows:

**I.  Depositions**

    **A.  Completed Depositions**

The plaintiff has taken the depositions of the following individuals:

- Defendant Charlie Bliss,
- Carmelita Wiley-Earls,
- Mike Daniels,
- Steven Chikorotis, and
- Edgar Ignacio (under Federal Rule of Civil Procedure 30(b)(6)).

    **B.  Scheduled Depositions**

The plaintiff and defendants have scheduled depositions for the following individuals:

- Gary Kuykendall on May 7 or 9, 2019,

- Sylvia Tienda on May 16, 2019, and

- Adrienne Bryant on May 21, 2019.

### C. Remaining Depositions to be Scheduled

The plaintiff and defendants have not yet scheduled depositions for the following fact witnesses. The plaintiffs intend to depose:

- William Wong,

- Edgar Ignacio,

- Hugh Russell, and

- Individual firefighters identified as similarly-situated.

The defendants intend to depose:

- Dr. Daniel Martinez,

- Dr. Thomas Brennan,

- Dr. Carlos Reyes,

- Plaintiff Robert Alamo, and

- Any other witnesses yet to be identified by Plaintiff.

### II. Other Discovery Issues: Production of Firehouse Journals

Alamo alleged in his Fourth Amended Complaint that while assigned to CFD Engine Company 55, he was excessively detailed to other firehouses as compared to his colleagues. During his deposition on February 5, 2019, defendant Charlie Bliss acknowledged that written journals were maintained at the firehouse that described the day-to-day operations and staffing of Engine Company 55. February 5, 2019 Tr. 109:25, 110:1–11. Bliss further admitted that these journals would include the dates Alamo was detailed to other firehouses. *Id* Tr. 110:21–24. This information supports the claim that Alamo was excessively detailed to other firehouses as compared to his colleagues. It is the plaintiff's position that the firehouse

journals are covered by Plaintiff's First Set of Requests to Produce, Number 6, which requests "[a]ll documents referring or relating to Plaintiff, including, but not limited to his personnel files, if any, and any documents containing evaluations, views, or opinions regarding his performance, or which otherwise relate to his employment for the City of Chicago Fire Department." The plaintiff has asked the City to produce the firehouse journals for Engine Company 55 and Tower Ladder 63.

In response, the City has requested that the parties meet and confer regarding the scope of the request, including date range and firehouse, and the specific information being requested, as the journals are maintained in a book format at each of the firehouses and thereafter, are warehoused. If a requested journal is located and available, the journal will need to be manually reviewed page by page to determine its contents.

Respectfully submitted this 15th day of April 2019,

| | |
|---|---|
| Roberto Alamo | City of Chicago and Charles Bliss |
| /s/ Jamie S. Franklin | /s/ Melanie Patrick Neely |
| Jamie S. Franklin, ARDC No 6242916<br>The Franklin Law Firm LLC<br>53 West Jackson Boulevard, Suite 803<br>Chicago, IL 60604<br>(312) 662-1008<br>(312) 662-1015 (fax)<br>jsf@thefranklinlawfirm.com | Melanie Patrick Neely<br>Howard P. Levine<br>City of Chicago<br>30 North LaSalle Street, Suite 1000<br>312-744-0898<br>mneely@cityofchicago.org<br>Howard.Levine@cityofchicago.org |
| Randall D. Schmidt, ARDC No. 3124450<br>Edwin F. Mandel Legal Aid Clinic<br>6020 South University Avenue<br>Chicago, IL 60637<br>(773) 702-9611<br>r-schmidt@ucicago.edu | |

<u>**CERTIFICATE OF SERVICE**</u>

   I, the undersigned, certify that the foregoing document was served on the parties listed below via the ECF Service of the United States District Court for the Northern District of Illinois on April 15, 2019.

                  <u>/s/ Jamie S. Franklin</u>

<u>Service List</u>:

Melanie Patrick Neely
Howard P. Levine
City of Chicago
30 North LaSalle Street, Suite 1000
Chicago, IL 60602
312-744-0898
[mneely@cityofchicago.org](mailto:mneely@cityofchicago.org)
[Howard.Levine@cityofchicago.org](mailto:Howard.Levine@cityofchicago.org)