## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Roberto G. Alamo
                  Plaintiff,

v.                                       Case No.: 1:12–cv–04327
                                                    Honorable Sharon Johnson Coleman

Charlie Bliss, et al.
                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 19, 2019:

      MINUTE entry before the Honorable Sidney I. Schenkier: Status hearing held. The parties report on the status of discovery. Firehouse journal entries are to be produced by 07/09/19. The deadline to complete the remaining depositions listed in the joint status report is extended to 09/30/19. This is the final extension. Defendant is given leave to issue subpoenas for the records of Drs. Hartman, McLaughlin, and Vaughn. No other new discovery is to be issued. The matter is set for a status hearing before the magistrate judge on 08/20/19 at 9:00 a.m. By 08/18/19, the parties are directed to file a joint status report containing the status of all depositions. If any depositions have not been completed, the report must state when the deposition is scheduled to occur and if not scheduled, the reason why it has not been scheduled. Mailed notice. (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.